**IPP International U.G. Declaration Exhibit A**
**File Hashes for IP Address 173.73.147.17**

**ISP:** Verizon Online, LLC
**Physical Location:** Arlington, VA

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 02/10/2019 15:01:12 | B198F375167D013B71083DEE646A17D990D51A10 | Red Hot Christmas |
| 02/10/2019 14:03:18 | B002F3E3AA48C55EC5681ADDBB77C07A374F2FAB | Stripshow Sex |
| 02/06/2019 01:58:39 | E29D753F860FE87DDE8DBB0E09FAEDF14208095D | Deeper and Deeper |
| 12/28/2018 03:05:05 | 6328B208498C109D6EFC9A77581474694711F92B | Afternoon Rendezvous |

**Total Statutory Claims Against Defendant: 4**

EXHIBIT A

EVA449