UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| MALIBU MEDIA, LLC, <br><br> Plaintiff, <br><br> v. <br><br> JOHN DOE subscriber assigned IP address 173.73.147.17, <br><br> Defendant. | **CASE NO. 1:19-cv-00310-LMB-IDD** |

**PLAINTIFF'S NOTICE OF SETTLEMENT**

**PLEASE TAKE NOTICE,** Plaintiff, Malibu Media, LLC, has settled this matter with Defendant, John Doe subscriber assigned IP address 173.73.147.17 ("Defendant") through his counsel, Leonard J. French. Upon satisfaction of the terms of the parties' settlement agreement, to which Defendant still has executory obligations, Plaintiff will dismiss Defendant from this action with prejudice.

Dated: June 27, 2019

Respectfully submitted,

By: *John C. Decker, II, Esq.*
John C. Decker, II, Esquire (30135)
Law Offices of John C. Decker, II
5207 Dalby Lane
Burke, Virginia 22015
(703) 503-0254 (ph.)
(703) 503-2295 (fax)
E-mail: the.decks@verizon.net

1

## **CERTIFICATE OF SERVICE**

  I hereby certify that on June 27, 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

                By: *John C. Decker, II, Esq.*