AO 121 (Rev. 06/16)

| TO: Register of Copyrights<br>U.S. Copyright Office<br>101 Independence Ave. S.E.<br>Washington, D.C. 20559-6000 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION OR APPEAL<br>REGARDING A COPYRIGHT |
|---|---|

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☑ ACTION  ☐ APPEAL | COURT NAME AND LOCATION<br>US District Eastern District of Virginia<br>401 Courthouse Square, Alexandria, VA. 22314 |
|---|---|
| DOCKET NO. 1:19-cv-310   DATE FILED 03/17/2019 | |

| PLAINTIFF | DEFENDANT |
|---|---|
| MALIBU MEDIA, LLC | JOHN DOE subscriber assigned IP address 173.73.147.17 |

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|
| 1 | See attached | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading |
|---|---|

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 1 | See attached | |
| 2 | | |
| 3 | . | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED<br>☒ Order  ☐ Judgment | WRITTEN OPINION ATTACHED<br>☐ Yes   ☐ No | DATE RENDERED<br>7/1/2019 |
|---|---|---|
| CLERK<br>Fernando Galindo | (BY) DEPUTY CLERK<br>A.Otto | DATE<br>7/1/2019 |

**DISTRIBUTION:**
1) Upon initiation of action, mail copy to Register of Copyrights
2) Upon filing of document adding copyright(s), mail copy to Register of Copyrights
3) Upon termination of action, mail copy to Register of Copyrights
4) In the event of an appeal, forward copy to Appellate Court
5) Case File Copy

## Copyrights-In-Suit for IP Address 173.73.147.17

**ISP:** Verizon Online, LLC
**Location:** Arlington, VA

| Title | Registration Number | Date of First Publication | Registration Date | Most Recent Hit UTC |
|---|---|---|---|---|
| Red Hot Christmas | PA0002097531 | 12/23/2017 | 01/03/2018 | 02/10/2019 |
| Stripshow Sex | PA0002109644 | 03/23/2018 | 03/28/2018 | 02/10/2019 |
| Deeper and Deeper | PA0002104189 | 02/03/2018 | 02/13/2018 | 02/06/2019 |
| Afternoon Rendezvous | PA0002120296 | 05/21/2018 | 06/05/2018 | 12/28/2018 |

**Total Malibu Media, LLC Copyrights Infringed: 4**