UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| MALIBU MEDIA, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>JOHN DOE subscriber assigned IP address 173.73.147.17,<br><br>    Defendant. | CASE NO. 1:19-cv-00310-LMB-IDD |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL**
**WITH PREJUDICE OF JOHN DOE**

**PLEASE TAKE NOTICE,** Plaintiff has settled this matter with John Doe ("Defendant") through his counsel. Pursuant to the settlement agreement's terms, Plaintiff hereby voluntarily dismisses Defendant from this action with prejudice. John Doe was assigned the IP Address 173.73.147.17. Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) Defendant John Doe has neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

Consistent herewith Plaintiff consents to the Court having its case closed for administrative purposes.

Dated: June 28, 2019

                                            By: *John C. Decker, II, Esq.*
                                            John C. Decker, II, Esquire (30135)
                                            Law Offices of John C. Decker, II
                                            5207 Dalby Lane
                                            Burke, Virginia 22015
                                            (703) 503-0254 (ph.)
                                            (703) 503-2295 (fax)
                                            E-mail: the.decks@verizon.net

So Ordered

/s/ *[signature]*
Leonie M. Brinkema
United States District Judge
7/1/19